```
USDC SDNY                          Berman, R.
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

DWAYNE BRYAN,

                                 Plaintiffs,

            -against-

THE CITY OF NEW YORK, MORGAN JONES, JOHN
O'LEARY and UC 273,

                               Defendants.

-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-cv-4418 (RMB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court ~~shall~~ *may* continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2017

| | |
|---|---|
| LUMER LAW GROUP<br>*Attorneys for Plaintiff*<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>(212) 566-5060 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Jones, O'Leary, and 273*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>      Michael Lumer | By: _____<br>      Ben N. Kuruvilla<br>      *Senior Counsel* |

SO ORDERED:

*RMB*
_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: **10/16**, 2017